May Term,
1860.

CLINE
v.
INLOW.

---

## CLINE *v.* INLOW.

APPEAL from the *Montgomery* Circuit Court.

HANNA, J.—Suit on notes and to foreclose a mortgage.

*Friday,*
*June* 8.

Answer, that the mortgage had not been recorded within ninety days, and that afterwards the defendant sold said lands to one *Brown* in good faith and for a valuable consideration, who was in possession and was a necessary party, &c.

Demurrer to the answer sustained.

The answer was not sufficient. If it had been sufficient to prevent a foreclosure, it was not a valid defense against a recovery of judgment on the notes, and would, therefore, be bad, having been pleaded in answer to the whole complaint. But it was not an answer to the prayer for a foreclosure. If *Brown* had any rights, distinct from those of the defendant, they would not be concluded by a proceeding to which he was not a party. He was not, therefore, a necessary party; whether a proper party upon his own application, we need not decide.

May Term,
1860.

*Per Curiam.*—The judgment is affirmed with 5 per cent. damages and costs.

*S. C. Willson* and *J. E. McDonald,* for the appellant.